**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-CV-3239-RMR-STV

STEARN ENTERPRISES, LLC, UTE MESA
LOT 1, LLC, and LEATHEM STEARN

           Plaintiffs

v.

WILLIAM R. SCHERER, JR. and
STEVEN H. OSBER

           Defendants.

## MOTION TO DISMISS PURSUANT 41.1

Plaintiffs, Leathem Stearn, Stearn Enterprises, LLC, and Ute Mesa Lot 1 LLC, by and through their attorneys, Melito Law, LLC, hereby submit this Motion to Dismiss Without Prejudice.

Pursuant to Rule 41, Fed. R. Civ. Pro. a plaintiff may move to dismiss a case without a Court order as follows:

> (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

No answer or summary judgement motion has been filed.

Respectfully submitted this 26th day of November 2024.

           **MELITO LAW, LLC**

           By: */s/Michael W. Melito*
           Michael W. Melito, #36059

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on November 26, 2024, a true and correct copy of the foregoing was electronically served on all parties properly registered to receive notice via the Court's CM/ECF system.

**MELITO LAW, LLC**

By: */s/Michael W. Melito*
  Michael W. Melito